## IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA NEW BUILDS, LLC,
Appellant,
vs.
BANK OF AMERICA, A NATIONAL
BANKING ASSOICATION,
Respondent.

No. 71277

FILED

AUG 08 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Elizabeth Goff Gonzalez, Chief Judge
Nathaniel J. Reed, Settlement Judge
Akerman LLP/Las Vegas
Joseph Y. Hong
Kolesar & Leatham, Chtd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-26363